Doc# 2009005774
Bk 15562 Pg 0900
Received York SS
02/13/2009 12:17PM
Debra L. Anderson
Register of Deeds

## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT JPMorgan Chase Bank, National Association, transferee of the FDIC, receiver of Washington Mutual Bank, Successor in Interest to Long Beach Mortgage Company, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over to **Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL2**, 7255 Baymeadows Way, Jacksonville, Florida 32256, its successors and assigns, the said mortgage described hereinafter recorded in the York County Registry of Deeds, and the notes, debts and claims secured thereby, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

Borrower: Jeanne Iva MacDonald
Original Holder: Long Beach Mortgage Company
Date: May 13, 2005
Amount: $119,920.00
Book: 14463
Page: 0088

JPMorgan Chase Bank, National Association, transferee of the FDIC, receiver of Washington Mutual Bank, Successor in Interest to Long Beach Mortgage Company

Dated: 12/4/2008

By: _____
Title: Attorney in Fact
Type/Print Name: Jodi Sobotta

STATE OF MN
COUNTY OF Dakota

Personally appeared before me this 4 day of December, 2008, the above-named Jodi Sobotta Attorney in Fact on behalf of JPMorgan Chase Bank, National Association, transferee of the FDIC, receiver of Washington Mutual Bank, Successor in Interest to Long Beach Mortgage Company and acknowledged the foregoing to be his/her free act and deed in said capacity.

Type/Print Name: _____
Notary Public
My Commission Expires:

Matthew Allan Banaszewski
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

08-009524
PROPERTY ADDRESS: 483 Cape Road, Hollis Center, ME 04042

EXHIBIT D