RECORDING REQUESTED BY:
SELECT PORTFOLIO SERVICING, INC.

**WHEN RECORDED MAIL TO:**
Bill Koch
SELECT PORTFOLIO SERVICING, INC.
3217 S. DECKER LAKE DRIVE
SALT LAKE CITY, UT, 84119

Client Ref #: 580211401



BK 17302 PGS 344 - 345
INSTR # 2016034962
RECEIVED YORK SS
08/19/2016 11:56:17 AM
DEBRA ANDERSON
REGISTER OF DEEDS

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/YORK

Assignment Prepared on: June 29, 2016

**Assignor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 BY SELECT PORTFOLIO SERVICING, INC. ATTORNEY IN FACT, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2005-WL2, ASSET-BACKED CERTIFICATES, SERIES 2005-WL2, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage dated 5/13/2005, in the amount of $119,920.00, executed by JEANNE IVA MACDONALD, AN UNMARRIED WOMAN to LONG BEACH MORTGAGE COMPANY and Recorded: 5/17/2005, Instrument No.: 2005026015, Book: 14463, Page: 0088 in YORK County, State of MAINE.

Property Address: 483 CAPE ROAD, HOLLIS CENTER, ME, 04042

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 BY SELECT PORTFOLIO SERVICING, INC. ATTORNEY IN FACT

On: AUG 05 2016

Signature:
Name: Barbara Neale
Title: Document Control Officer

State of UTAH
County of SALT LAKE

On AUG 05 2016, before me, SHIRLEY TUITUPOU, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Barbara Neale, Document Control Officer, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL2 BY SELECT PORTFOLIO SERVICING, INC. ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

SHIRLEY TUITUPOU
Notary Expires: NOV 12 2016 / #: 659599

SHIRLEY TUITUPOU
Notary Public State of Utah
My Commission Expires on:
November 12, 2016
Comm. Number 659599

ME/YORK

Handwritten margin note: 2017 Snapriot Morley 107 Dable Oaks Dr Dpt 16 04106



EXHIBIT E

# EXHIBIT A

A certain lot or parcel of land situated in the Town of Hollis, County of York and State of Maine, and being located on the northeasterly side of the Cape Road, or Route #117, so-called, and bounded and described as follows:

Beginning at an iron pipe driven in the ground at said Cape Road and the land now or formerly of Albert Hanson; thence along the land of said Hanson in a northeasterly direction a distance of Five hundred fifty-five (555') feet, more or less, to an iron pipe in the ground at the land of said Hanson and a brook; thence along said brook in a southeasterly direction a distance of one hundred (100') feet, more or less, to an iron pipe driven in the ground at the land now or formerly of Joseph Young; thence along the land of said Young in a southwesterly direction a distance of Five hundred fifty-five (555') feet, more or less, to an iron pipe driven in the ground at said Cape Road; thence along said Cape Road in a northwesterly direction a distance of one hundred (100') feet, more or less, to the point of beginning.

Being the same premises conveyed to Jeanne MacDonald by deed of Jean Nash, Personal Representative of the Estate of Shirley E. Pulcifur, of even date herewith, to be recorded in the York County Registry of deeds. Further being the same premises conveyed by deed of Albert Hanson and Gladys Hanson to Carleton H. Pulcifur and Shirley E. Pulcifur, as joint tenants, dated July 30, 1966 and recorded in the York County Registry of Deeds in Book 1810, Page 459. The said Carleton H. Pulcifur predeceased Shirley E. Pulcifur and his interest in said property passed to Shirley E. Pulcifur, as surviving joint tenant, by operation of law. The said Shirley E. Pulcifur died on December 30, 2004. Reference is made to Certificate and Abstract in the Estate of Shirley E. Pulcifur, a/k/a Shirley Eleanor Pulcifur, dated March 16, 2005, and recorded in Book 14401, Page 351 of the York County Registry of Deeds.

PDF created with pdfFactory trial version www.pdffactory.com