UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 | CIVIL ACTION NO: 2:19-cv-00571-JAW |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | |
| Jeanne MacDonald a/k/a Jeanne Iva MacDonald | RE: 483 Cape Road, Hollis Center, ME 04042 |
| Defendant | |
| Pine Tree Waste, Inc. | Mortgage: May 13, 2005 |
| Party-In-Interest | Book 14463, Page 88 |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

I. **Corporate Disclosure**

Plaintiff, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2

II. **Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a

party's stock and any other identifiable entities related to any party in this case are as follows:

    Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 - Plaintiff
    Jeanne MacDonald a/k/a Jeanne Iva MacDonald - Defendant
    Pine Tree Waste, Inc. - Party-in-Interest

Dated:  December 23, 2019

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

  I, Reneau J. Longoria, Esq. hereby certify that on December 23, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Jeanne MacDonald a/k/a Jeanne Iva MacDonald
483 Cape Road
Hollis Center, ME 04042

Pine Tree Waste, Inc.
c/o Kenneth A. Keene
128 State Street #3
Augusta, ME 04330