Answer to Foreclosure

Jeanne MacDonald
483 Cape Road
Hollis, Maine 04042

Jan 6, 2020

Civil Action No 2:19-cv-00571-JAW

United States District Court

Your Honour,

   I respectfully request time to appeal this foreclosure. I was under the impression we were looking for an amount to cure the unpaid balance.
   The Lawyer I was working with left the firm after we had discussions about fixing the dollar amount that they say is due. (scs)

I do not agree with the Mortgage Companys amount that I owe and I need time to retrieve another Lawyer.

I am more than willing to settle this, I do not wish to lose my home due to circumstances beyond my control. I am currently living there with my 2 sons, I have a small farm and just want to get this settled.

Sincerely,
[signature]