# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 | **CIVIL ACTION NO: 2:19-cv-00571-JAW** |
| **Plaintiff** | **JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:** 483 Cape Road, Hollis Center, ME 04042 |
| Jeanne MacDonald a/k/a Jeanne Iva MacDonald | **Mortgage:** May 13, 2005 Book 14463, Page 88 |
| **Defendant** Pine Tree Waste, Inc. | |
| **Party-In-Interest** | |

This matter came before the Court for a Bench Trial on November 19, 2021. Plaintiff, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2, was present and represented by Reneau J. Longoria, Esq. Defendant, Jeanne MacDonald a/k/a Jeanne Iva MacDonald, was present; Party-In-Interest, Pine Tree Waste, Inc. did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff is granted a Judgment of Foreclosure and Sale. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan

Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 ("Deutsche Bank") the amount adjudged due and owing ($115,579.84) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Deutsche Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $88,318.34 |
| Interest | $7,277.92 |
| Escrow Advance Balance | $19,118.60 |
| Advance Balance | $783.00 |
| Late Charges | $66.80 |
| Interest on Advance | $15.21 |
| Unapplied Funds | (.03) |
| Grand Total | $115,579.84 |

2.  If the Defendant or his/her heirs or assigns do not pay Deutsche Bank the amount adjudged due and owing ($115,579.84) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Hollis Center Property shall terminate, and Deutsche Bank shall conduct a public sale of the Hollis Center Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $115,579.84 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Deutsche Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3.  In the event that the Defendant, and anyone occupying the premises under her, do not vacate the property upon termination of her right to possession, Deutsche Bank may re-open this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent

with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $115,579.84.

6. The priority of interests is as follows:

● Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 has first priority, in the amount of $115,579.84, pursuant to the subject Note and Mortgage.

● Pine Tree Waste, Inc. in the amount of $256.88, Party-In-Interest who has been defaulted.

● Jeanne MacDonald a/k/a Jeanne Iva MacDonald has the third priority behind the Plaintiff and Pine Tree Waste, Inc.

7. The prejudgment interest rate is 2.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15%, *see* 28 U.S.C. § 1961.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 1114 Avenue of the Americas, Suite 3900 New York, NY 10036 | Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |

DEFENDANT

Jeanne MacDonald a/k/a Jeanne   Pro Se
Iva MacDonald
483 Cape Road
Hollis Center, ME 04042

PARTY-IN-INTEREST

Pine Tree Waste, Inc.              Pro Se
87 Pleasant Hill Road
Scarborough, ME 04074

a) The docket number of this case is No. 2:19-cv-00571-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 483 Cape Road, Hollis Center, ME 04042, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 483 Cape Road, Hollis Center, ME 04042.  The Mortgage was executed by the Defendant, Jeanne MacDonald a/k/a Jeanne Iva MacDonald on May 13, 2005.  The book and page number of the Mortgage in the York County Registry of Deeds is Book 14463, Page 88.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 483 Cape Road, Hollis Center, ME 04042.

**SO ORDERED**

**DATED THIS 30ᵗʰ DAY OF NOVEMBER,**          **/s/ John A. Woodcock, Jr.**
                                             **U.S. DISTRICT JUDGE**